IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DARRIUS CORE, )
)
Plaintiff, )
)
v. ) 1:25-cv-939
)
NATIONAL GENERAL INSURANCE, )
et al., )
)
Defendants. )

## <u>ORDER</u>

This matter is before the Court on the United States Magistrate Judge's Order, Memorandum Opinion and Recommendation ("Recommendation") to dismiss the case for lack of subject matter jurisdiction under Fed. R. Civ. P. 12(h)(3) and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii). The United States Magistrate Judge filed the Recommendation on March 19, 2026. *See* Dkt. 6. The Clerk's office served notice on the parties, *see* Dkt. 7, and no objections were filed within the requisite time limits. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). Therefore, the Court need not make a *de novo* determination, *see* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3), and "must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note to 1983 amendment). After due consideration, the Recommendation is hereby adopted in full.

**IT IS THEREFORE ORDERED** that the Recommendation, Dkt. 6, is **ADOPTED**.

**IT IS FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** for

lack of subject matter jurisdiction under Fed. R. Civ. P. 12(h)(3) and for failure to state a

claim under 28 U.S.C. § 1915(e)(2)(B)(ii).

A Judgment dismissing this action will be entered contemporaneously with this

Order.

This the 30th day of June, 2026.

LINDSEY A. FREEMAN
UNITED STATES DISTRICT JUDGE

2